```
                IN THE UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                           AUSTIN DIVISION


PGI INTERNATIONAL, LTD.    )
                           )  Docket No. AU-04-CV-00330
VS.                        )       Austin, Texas
                           )       January 28, 2005
ANDERSON, GREENWOOD & CO.  )


              TRANSCRIPT OF MARKMAN HEARING
              BEFORE THE HONORABLE SAM SPARKS


APPEARANCES:

For the Plaintiff:

        Mr. Kevin M. Sadler
        BAKER BOTTS, L.L.P.
        1600 San Jacinto Center
        98 San Jacinto Boulevard
        Austin, Texas   78701-4039
        (512) 322-8332
             - and -
        Mr. Paul R. Morico
        Mr. Corey S. Tumey
        BAKER BOTTS, L.L.P.
        One Shell Plaza
        910 Louisiana Street
        Houston, Texas   77002-4995
        (713) 229-1732

For the Defendant:

        Mr. John M. Skenyon
        FISH & RICHARDSON, P.C.
        225 Franklin Street
        Boston, Massachusetts   02110
        (617) 542-5070
             - and -
        Mr. Alan Albright
        FISH & RICHARDSON, P.C.
        111 Congress
        Suite 400
        Austin, Texas   78701
        (512) 391-4925
```